UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANKLIN DONNELL AIKINS, JR,

Plaintiff,

v.                                      Case No. 4:19cv550-MW-HTC

CORIZON HEALTH SERVICES,
CENTURION HEALTH SERVICES,
ARMOR CORRECTION HEALTH SERVICES,

Defendants.

_____/

REPORT AND RECOMMENDATION

Plaintiff, a Florida state prisoner proceeding *pro se*, initiated this action by filing a civil rights complaint seeking to assert claims under 42 U.S.C. § 1983. ECF Doc. 1. The complaint was unaccompanied by the requisite filing fee or a motion to proceed *in forma pauperis*. The Court entered an order on January 9, 2020 directing Plaintiff to do one or the other if he wanted to proceed. ECF No. 4. No response to that order has been received, despite the warning to Plaintiff that a recommendation would be made to dismiss this case if he did not comply. *Id.* Plaintiff's deadline to comply with that order has long since passed, and it appears that Plaintiff has abandoned this litigation.

"A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte" when a Plaintiff "fails to prosecute or" otherwise comply with a court order. *See Ciosek v. Ashley*, No. 3:13cv147/RV/CJK, 2015 WL 2137521, at *2 (N.D. Fla. May 7, 2015). The Supreme Court has held that "[t]he authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs . . . ." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962) (quoted in *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005)); *see also* N.D. Fla. Loc. R. 41.1. Because Plaintiff did not comply with a court order and has failed to prosecute this case, dismissal is now appropriate.

Accordingly, it is respectfully RECOMMENDED that:

1. This case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and comply with orders of the Court.

2. The clerk be directed to close the file.

At Pensacola, Florida, this 27th day of April, 2020.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 4:19cv550-MW-HTC