## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FRANKLIN DONNELL AIKINS, JR.,**

    *Plaintiff*,

v.                                                         CASE NO.:  4:19cv550-MW/HTC

**CORIZON HEALTH SERVICES, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute, failure to comply with Court orders." The Clerk shall also close the file.

**SO ORDERED on May 26, 2020.**

                                                      **s/Mark E. Walker** _____
                                                      **Chief United States District Judge**